# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

**HEZEKIAH SATTERFIELD**                        **PLAINTIFF**

VS.                  **CASE NO. 4:08CV00001 JMM/HDY**

**SARAH SPEER, ET AL.**                         **DEFENDANTS**

## ORDER

After reviewing, plaintiff's objections to the denial of his Motion for Service on Denyce Glover and the denial of his Motion to Appoint Counsel (#41), the Court finds the objections to be without merit and adopts the Magistrate Judge's April 9 and April 4 , 2008 Orders as its own.

IT IS SO ORDERED THIS  21  day of   April  , 2008.

_____
James M. Moody
United States District Judge