## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

HEZEKIAH SATTERFIELD                                                                                   PLAINTIFF
ADC #10411

V.                                    NO: 4:08CV00001 JMM/HDY

SARA SPEER *et al.*                                                                                    DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge H. David Young, and the objections filed. After carefully considering the objections and making a *de novo* review of the record in this case, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against Defendant Denyce Glover are DISMISSED WITHOUT PREJUDICE, and her name is removed as a party Defendant.

DATED this  13   day of June, 2008.

_____
UNITED STATES DISTRICT JUDGE