IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**HEZEKIAH SATTERFIELD**                                                                **PLAINTIFF**

**VS.**                              **CASE NO. 4:08CV0001 JMM/HDY**

**SARA SPEER, ET AL.**                                                                **DEFENDANTS**

**ORDER**

Pending before the Court are plaintiff's Motion to Reconsider and Motion for Service on Denyce Glover.  For the reasons stated below, the motions are denied as moot (#53, $54).

In his Motion to Reconsider, plaintiff seeks to have the Court reconsider its decision to dismiss Denyce Glover as a defendant based upon plaintiff's failure to provide a current address for Glover.  Plaintiff contends that on February 20, 2008, the law firm of Hope, Fuqua, and Campbell stated in a letter to him that they would provide the last known address of Glover under seal to the Clerk of the Court by a separate pleading.  Based upon this statement, plaintiff intends to ask these counsel for Glover's address which he will then provide to the Court.

The record reflects that on February 20, 2008, counsel from the law firm of Hope, Fuqua, and Campbell provided <u>the Court under seal</u> with the last known address of Glover and on February 21, 2008, the Court directed the Clerk to prepare a summons for the United States Marshal to serve without prepayment of costs.  The summons was reissued on February 21, 2008 and returned undeliverable on March 11, 2008.

Based upon the record, the Court has already done what plaintiff seeks in his Motion to Reconsider.  The motion is denied as moot.  Based upon the dismissal of his Motion to Reconsider, the Motion for Service is also denied as moot.

IT IS SO ORDERED THIS   4   day of   August  , 2008.


_____
James M. Moody
United States District Judge